MILBANK, TWEED, HADLEY & McCLOY LLP
Scott A. Edelman (SE-5247)
Renée H. Sekino (RS-0946)
Susan A. Hensler (SH-3635)
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
*Attorneys for Defendant Dresdner Bank AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK CONNOLLY,

        Plaintiff,

vs.

DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,

        Defendants.

08 Civ. _____ 5018 ECF Case

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 FOR DRESDNER BANK AG**

---

    The undersigned is counsel to Defendant Dresdner Bank AG ("Dresdner"). Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned certifies that Allianz Finanzbeteiligungs GmbH and AZ-Asopos Vermögensverwaltungsgesellschaft OHG each hold at least a 10% ownership interest in Dresdner. Allianz SE owns 100% of the equity interests of Allianz Finanzbeteiligungs GmbH, and indirectly owns 100% of the equity interests of AZ-Asopos Vermögensverwaltungsgesellschaft OHG.

Dated: New York, New York
May 30, 2008

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Scott A. Edelman (SE-5247)
Renée H. Sekino (RS-0946)
Susan A. Hensler (SH-3635)
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Attorneys for Defendant Dresdner Bank AG*