

MILBANK, TWEED, HADLEY & McCLOY LLP
Scott A. Edelman (SE-5247)
Renée H. Sekino (RS-0946)
Susan A. Hensler (SH-3635)
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
*Attorneys for Defendant EIF Management, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK CONNOLLY,

      Plaintiff,

vs.

DRESDNER BANK AG, ALLIANZ SE and
EIF MANAGEMENT, LLC,

      Defendants.

---

08 Civ. **08 CIV 5018** ECF Case

DISCLOSURE STATEMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE
7.1 FOR EIF MANAGEMENT, LLC

---

The undersigned is counsel to Defendant EIF Management, LLC. Pursuant to Federal Rule of Civil Procedure 7.1, EIF Management, LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      May 30, 2008

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
    Scott A. Edelman (SE-5247)
    Renée H. Sekino (RS-0946)
    Susan A. Hensler (SH-3635)
    1 Chase Manhattan Plaza
    New York, NY 10005-1413
    (212) 530-5000

*Attorneys for Defendant EIF Management, LLC*