UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>           Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>           Defendants. | 08 Civ. 5018<br><br>**ECF Case**<br><br>Removed from:<br><br>Supreme Court of the State of New York<br>County of New York<br><br>Index No. 08/600317 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I caused a true and correct copy of the NOTICE OF REMOVAL to be served by hand delivery upon the following:

> Andrew Goodstadt, Esq.
> THOMPSON WIGDOR & GILLY LLP
> 350 Fifth Avenue
> Suite 5720
> New York, NY  10118

DATED:    June 2, 2008

By: _____
      Renee Sekino