USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK CONNOLLY

                Plaintiff,

-against-

DRESDNER BANK AG, ALLIANZ SE, and
EIF MANAGEMENT, LLC,

                Defendants.

1:08-cv-05018-SHS

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff Patrick Connolly and Defendants Dresdner Bank AG and EIF Management, LLC, that the return date for Defendants' Answer is extended from Monday, June 16, 2008 to Monday, June 23, 2008. This is the first request for an extension by the parties. Defendants Dresdner Bank AG and EIF Management, LLC have advised Plaintiff that they intend to answer the Complaint on June 23, as opposed to moving to dismiss in lieu of an answer.

Dated: New York, New York
June 12, 2008

By: _____
Douglas H. Wigdor (DW-9737)
Andrew S. Goodstadt (AG-2760)

THOMPSON WIGDOR & GILLY LLP
350 Fifth Avenue, Suite 5720
New York, NY 10118
(212) 239-9292

*Attorney for Plaintiff*

By: _____
Scott A. Edelman (SE-5247)
Renee H. Sekino (RS-0946)
Susan A. Hensler (SH-3635)

MILBANK, TWEED, HADLEY &
MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorney for Defendants Dresdner Bank AG and EIF Management, LLC*

SO ORDERED THIS 12th DAY OF June, 2008:

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE