UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK CONNOLLY,                                :
                                                 :
                  Plaintiff,           :   08-cv-05018 (SHS) (JCF)
                                                 :
     -against-                                 :
                                                 :
DRESDNER BANK AG, ALLIANZE SE and                :   NOTICE OF APPEARANCE
EIF MANAGEMENT, LLC,                             :
                                                 :
                  Defendants.          :
------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel of record for Plaintiff Patrick Connolly in the above-captioned matter.

Dated: June 16, 2008
      New York, New York

                                        Respectfully submitted,

                                        By: _____
                                              Douglas H. Wigdor (DW-9737)

                                        Thompson Wigdor & Gilly LLP
                                        350 Fifth Avenue, Suite 5720
                                        New York, New York 10118
                                        Telephone: (212) 239-9292
                                        Facsimile: (212) 239-9001

                                        COUNSEL FOR PLAINTIFF