UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK CONNOLLY,                                :
                                                 :
                      Plaintiff,       :    08-cv-05018 (SHS) (JCF)
                                                 :
  -against-                                     :
                                                 :
DRESDNER BANK AG, ALLIANZE SE and                :    **NOTICE OF APPEARANCE**
EIF MANAGEMENT, LLC,                             :
                                                 :
                    Defendants.       :
------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel of record for Plaintiff Patrick Connolly in the above-captioned matter.

Dated: June 16, 2008
       New York, New York

                                              Respectfully submitted,

                                              By:_____
                                                   Andrew S. Goodstadt (AG-2760)

                                            Thompson Wigdor & Gilly LLP
                                            350 Fifth Avenue, Suite 5720
                                            New York, New York 10118
                                            Telephone: (212) 239-9292
                                            Facsimile: (212) 239-9001

                                            COUNSEL FOR PLAINTIFF