## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served this 16th day of June, 2008 via the District Court's ECF electronic filing system and first-class mail upon the following counsel for Defendants:

>Scott A. Edelman, Esq.
>Milbank, Tweed, Hadley & McCloy
>1 Chase Manhattan Plaza
>New York, New York 10005

                                                                                    George Vallas