UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>　　　　　Defendants. | 1:08-cv-05018<br><br>Removed from:<br><br>Supreme Court of the State of New York County of New York<br><br>Index No. 08/600317 |

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused a true and correct copy of the SUBMISSION OF RECORDS AND PROCEEDINGS IN STATE COURT ACTION, PURSUANT TO LOCAL CIVIL RULE 81.1, to be served by first class mail upon the following:

>Andrew Goodstadt, Esq.
>THOMPSON WIGDOR & GILLY LLP
>350 Fifth Avenue
>Suite 5720
>New York, NY 10118

DATED:　　　June 17, 2008

By: _____
　　　Renée Sekino