UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>　　　　　Defendants. | 08 Civ. 5018 (SHS)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on June 23, 2008, I caused a true and correct copy of the ANSWER to be served by hand delivery upon the following:

　　　　　　Andrew Goodstadt, Esq.
　　　　　　THOMPSON WIGDOR & GILLY LLP
　　　　　　350 Fifth Avenue
　　　　　　Suite 5720
　　　　　　New York, NY  10118


DATED:　　June 23, 2008

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Renée H. Sekino