UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>　　　　　　Defendants. | 08 Civ. 5018 (SHS/JCF)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 15, 2008, I caused a true and correct copy of

**Dresdner Bank AG and EIF Management, LLC's Initial Requests for Documents, Information and Things** to be served by Federal Express upon the following:

>　　Andrew Goodstadt, Esq.
>　　THOMPSON WIGDOR & GILLY LLP
>　　350 Fifth Avenue
>　　Suite 5720
>　　New York, NY  10118

DATED:　　July 15, 2008

　　　　　　　　　　　　　　MILBANK, TWEED, HADLEY & McCLOY LLP

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Scott A. Edelman (SE-5247)
　　　　　　　　　　　　　　　　Renee H. Sekino (RS-0946)
　　　　　　　　　　　　　　　　Susan A. Hensler (SH-3635)

　　　　　　　　　　　　　　1 Chase Manhattan Plaza
　　　　　　　　　　　　　　New York, NY  10005
　　　　　　　　　　　　　　(212) 530-5000

　　　　　　　　　　　　　　*Attorneys for Defendants Dresdner AG and EIF Management, LLC*