UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>                    Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>                    Defendants. | 08 Civ. 5018 (SHS/JCF)<br><br>ECF Case<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 15, 2008, I caused a true and correct copy of

**Dresdner Bank AG and EIF Management, LLC's Initial Disclosures Pursuant Fed. R. Civ. P. 26(a)(1)** to be served by ~~hand delivery~~ upon the following:

> Andrew Goodstadt, Esq.
> THOMPSON WIGDOR & GILLY LLP
> 350 Fifth Avenue
> Suite 5720
> New York, NY  10118

*[handwritten: Sent by FEDEX Overnight, SH 7/16]*

DATED:   July 15, 2008

> MILBANK, TWEED, HADLEY & McCLOY LLP
>
> By: _____
>         Scott A. Edelman (SE-5247)
>         Renee H. Sekino (RS-0946)
>         Susan A. Hensler (SH-3635)
>
> 1 Chase Manhattan Plaza
> New York, NY  10005
> (212) 530-5000
>
> *Attorneys for Defendants Dresdner AG and EIF Management, LLC*

NY2:#4797475v1
07/15/08 5:13 PM