UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PATRICK CONNOLLY

                        Plaintiff,

          -against-

DRESDNER BANK AG, ALLIANZ SE AND
EIF MANAGEMENT, LLC
                    Defendant.
----------------------------------------------------------x

08 CIVIL 5018 (SHS)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: DW-9737

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 85 Fifth Avenue    New York, NY 10003

☐ *Telephone Number:* (212) 257-6800

☐ *Fax Number:* (212) 257-6845

☐ *E-Mail Address:* dwigdor@twglaw.com

Dated: 7/23/08