UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PATRICK CONNOLLY

                            Plaintiff,                           08 CIVIL 5018 ( SHS)

        -against-
DRESDNER BANK AG, ALLIANZ SE AND
EIF MANAGEMENT, LLC.
                       Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AG-2760

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 85 Fifth Avenue, New York, NY 10003

☒ *Telephone Number:* (212) 257-6800

☒ *Fax Number:* (212) 257-6845

☒ *E-Mail Address:* agoodstadt@twglaw.com

Dated: 7/23/08