UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PATRICK CONNOLLY,<br><br>        Plaintiff,<br><br>  vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>        Defendants. | 08 Civ. 5018 (SHS/JCF)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 18, 2008, I caused a true and correct copy of **Responses and Objections of Dresdner Bank AG to Plaintiff's Interrogatories** to be served by Federal Express upon the following:

    Andrew Goodstadt, Esq.
    THOMPSON WIGDOR & GILLY LLP
    85 Fifth Avenue
    New York, NY  10003


DATED:     August 18, 2008

                      MILBANK, TWEED, HADLEY & McCLOY LLP

                      By: _____
                          Scott A. Edelman (SE-5247)
                          Renee H. Sekino (RS-0946)
                          Susan A. Hensler (SH-3635)

                      1 Chase Manhattan Plaza
                      New York, NY  10005
                      (212) 530-5000

                      *Attorneys for Defendant Dresdner Bank AG*