UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>        Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>        Defendants. | 08 Civ. 5018 (SHS/JCF)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 18, 2008, I caused a true and correct copy of **Dresdner Bank AG's Written Responses & Objections to Plaintiff's First Requests for Production of Documents and Electronically Stored Information** to be served by Federal Express upon the following:

    Andrew Goodstadt, Esq.
    THOMPSON WIGDOR & GILLY LLP
    85 Fifth Avenue
    New York, NY  10003


DATED:    August 18, 2008

        MILBANK, TWEED, HADLEY & McCLOY LLP

        By: _____
            Scott A. Edelman (SE-5247)
            Renee H. Sekino (RS-0946)
            Susan A. Hensler (SH-3635)

        1 Chase Manhattan Plaza
        New York, NY  10005
        (212) 530-5000

        *Attorneys for Defendant Dresdner Bank AG*