UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>                Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>                Defendants. | 08 Civ. 5018 (SHS/JCF)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 18, 2008, I caused a true and correct copy of **Responses and Objections of EIF Management, LLC to Plaintiff's Interrogatories** to be served by Federal Express upon the following:

        Andrew Goodstadt, Esq.
        THOMPSON WIGDOR & GILLY LLP
        85 Fifth Avenue
        New York, NY 10003


DATED:    August 18, 2008

                                      MILBANK, TWEED, HADLEY & McCLOY LLP

                                      By: _____
                                            Scott A. Edelman (SE-5247)
                                            Renee H. Sekino (RS-0946)
                                            Susan A. Hensler (SH-3635)

                                      1 Chase Manhattan Plaza
                                      New York, NY 10005
                                      (212) 530-5000

                                      *Attorneys for Defendant EIF Management, LLC*