UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY, <br><br> Plaintiff, <br><br> vs. <br><br> DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC, <br><br> Defendants. | 08 Civ. 5018 (SHS/JCF) <br><br> ECF Case <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on August 18, 2008, I caused a true and correct copy of **EIF Management, LLC's Written Responses & Objections to Plaintiff's First Requests for Production of Documents and Electronically Stored Information** to be served by Federal Express upon the following:

    Andrew Goodstadt, Esq.
    THOMPSON WIGDOR & GILLY LLP
    85 Fifth Avenue
    New York, NY 10003


DATED:    August 18, 2008

                MILBANK, TWEED, HADLEY & McCLOY LLP

                By: _____
                    Scott A. Edelman (SE-5247)
                    Renee H. Sekino (RS-0946)
                    Susan A. Hensler (SH-3635)

                1 Chase Manhattan Plaza
                New York, NY 10005
                (212) 530-5000

                *Attorneys for Defendant EIF Management, LLC*