UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK CONNOLLY,<br><br>          Plaintiff,<br><br>vs.<br><br>DRESDNER BANK AG, ALLIANZ SE and EIF MANAGEMENT, LLC,<br><br>          Defendants. | 08 Civ. 5018 (SHS/JCF)<br><br>ECF Case<br><br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on August 8, 2008, I caused a true and correct copy of **Dresdner Bank AG and EIF Management, LLC's Interrogatories Directed to Plaintiff Patrick Connolly** to be served by Federal Express upon the following:

>Andrew Goodstadt, Esq.
>THOMPSON WIGDOR & GILLY LLP
>85 Fifth Avenue
>New York, NY  10003

DATED:     August 8, 2008

                                      MILBANK, TWEED, HADLEY & McCLOY LLP

                                      By: _____
                                           Scott A. Edelman (SE-5247)
                                           Renee H. Sekino (RS-0946)
                                           Susan A. Hensler (SH-3635)

                                           1 Chase Manhattan Plaza
                                           New York, NY  10005
                                           (212) 530-5000

                                           *Attorneys for Defendants Dresdner AG and EIF Management, LLC*